# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America,

    Plaintiff

v.

Larry Loucious,

    Defendant

Case No. 2:15-cr-106-JAD-CWH

**Order**

    Larry Loucious was indicted on one count of being a felon in possession of a firearm on April 14, 2015, and Magistrate Judge Hoffman ordered him detained at his April 17 initial appearance.[1] Loucious asks me to review the detention order under 18 U.S.C. § 3145(b).[2]

    In the interest of timely justice, I order an expedited briefing schedule on Loucious's § 3145(b) motion. The government is instructed to file any response brief by Thursday, June 18, 2015. Loucious must file any reply brief by Wednesday, June 24, 2015.

Dated: June 12, 2015.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] Docs. 1, 6.

[2] Doc. 16.