UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-cr-106-JAD-CWH |
| Plaintiff, | **ORDER FOR PRODUCTION OF DOCUMENTS** |
| vs. | |
| LARRY LOUCIOUS, | |
| Defendant. | |

Upon the motion of the defendant and there being good cause:

IT IS HEREBY ORDERED that the Las Vegas Metropolitan Police Department shall produce to the Federal Public Defender's office in Las Vegas, Nevada by September 10, 2015:

1.  Certified  copies of all communications involving any LVMPD officers and detectives requesting Wants and Warrants in Event Number 150328-3017.

2.  Certified copies of all Audit Trail Transaction Lists and CAD Incident with Audit Trail Reports in Event Number 150328-3017.

3.  Certified copies of all MDT communications and Administrative Messages in Event Number 150328-3017.

4.  Certified copy of the time-stamped audio dispatch recording in Event Number 150328-3017.

5.  A certificate of non-existence to the extent that any of the items listed above do not exist.

IT IS FURTHER ORDERED that if the Las Vegas Metropolitan Police Department wishes to file a motion to quash, it must do so **no later than September 9, 2015.**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

DATED: September 3, 2015