# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LARRY LOUCIOUS,

    Defendant.

Case No. 2:15-cr-106-JAD-CWH

**<u>ORDER</u>**

  ECF No. 148

  IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, June 3, 2019 at 1:30 p.m., be vacated and continued to June 11, 2019 at the hour of 1:30 p.m.

 DATED this 28th day of May, 2019.

_____

UNITED STATES DISTRICT JUDGE