# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LARRY LOUCIOUS,<br><br>    Defendant. | Case No. 2:15-cr-00106-JAD-CWH<br><br>**ORDER**<br><br>ECF No. 169 |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, June 25, 2020 at 11:00 a.m., be vacated and continued to July 21, 2020, at 11:00 a.m.

    DATED this 24th day of June, 2020.

                                                                                     UNITED STATES DISTRICT JUDGE